An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD DONTA SATTERFIELD,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65154

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

In his motion filed on January 21, 2014, appellant claimed that the deadly weapon enhancement should have been imposed in accordance with the 2007 amendments to NRS 193.165. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant committed his offense in 2006, and the 2007 amendments to NRS 193.165 do not apply retroactively. *State v. Second Judicial Dist. Court (Pullin)*, 124 Nev. 564, 571, 188 P.3d 1079,

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23929

1083-84 (2008). We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Abbi Silver, District Judge
Richard Donta Satterfield
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk